UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK MANNI, Jr.,

    Defendant,

and

RADA MANNI,

    Interested Party.
_____/

Civil Action No. 21-mc-51440
Criminal No. 19-cr-20389

Honorable Nancy G. Edmunds
Magistrate Judge David R. Grand

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 21, 2022 REPORT AND RECOMMENDATION [10]**

In Criminal Case No. 19-20389, Defendant Frank Manni, Jr. pled guilty to transporting stolen goods, in violation of 18 U.S.C. § 2314, and agreed "to forfeit to the United States any and all property, real or personal, which constitutes proceeds obtained or derived, directly or indirectly, from the scheme to transport stolen goods . . ." (19-30389, ECF No. 60, PageID.291.) On November 22, 2021, Petitioner Rada Manni commenced this miscellaneous action by filing a "Petition and Assertion of Interest in [the Subject Property]." (ECF No. 1.) The United States subsequently moved to dismiss Petitioner's petition. (ECF No. 3.) Both the petition and the United States' motion were referred to United States Magistrate Judge David R. Grand and on June 17, 2022, he heard oral argument.

Presently before the Court is the Magistrate Judge's June 21, 2022 report and recommendation. (ECF No. 10.) The Magistrate Judge recommends granting the United States' motion to dismiss (ECF No. 3) and dismissing Petitioner's Petition (ECF No. 1). The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation. The Court, therefore, ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF No. 10); GRANTS the United States' motion to dismiss (ECF No. 3) and DISMISSES Petitioner's petition (ECF No. 1.)

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 7, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager